**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2040-24

MARIEN A. AQUINO, and
B.A.,[1] a minor by her Guardian
ad litem DOLORES AQUINO,

 Plaintiffs-Appellants,

and

M.A., a minor by her Guardian
Ad Litem MARIEN A. AQUINO,

 Plaintiff,

v.

ADRIANA SOTO,

 Defendant,

and

NEW JERSEY MANUFACTURERS
INSURANCE COMPANY and STATE
FARM INDEMNITY INSURANCE,

 Defendants-Respondents.

_____

---

[1] We use initials to protect the privacy of the minor parties.

Submitted February 3, 2026 – Decided March 2, 2026

Before Judges Chase and Augostini.

On appeal from the Superior Court of New Jersey, Law Division, Passaic County, Docket No. L-4046-18.

O'Cathain Law Group, LLC, attorneys for appellants (Domhnall O'Cathain, of counsel and on the brief).

Kennedys CMK LLP, attorneys for respondent New Jersey Manufacturers Insurance Company (John P. Gilfillan, of counsel and on the brief; Ryan J. Schimmel, on the brief).

Foster & Mazzie, LLC, attorneys for respondent State Farm Indemnity Company (Carl Mazzie, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

2

A-2040-24